# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Leda Dunn Wettre, U.S.M.J. |
| v. | : Mag. No. 21-13226 |
| LAMAR MCCOLLOUGH | : **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Kendall Randolph, Special Assistant United States Attorney), and Defendant Lamar McCollough (by Kevin Carlucci Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and no previous continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter, which would render trial unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 8th day of July, 2021;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including September 30, 2021; and it is further

**ORDERED** that the period from the date this Order is signed through and including September 30, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge


Form and entry consented to:

_____
Kevin Carlucci, Esq.
Counsel for Defendant


/s/ Kendall Randolph
Kendall Randolph
Special Assistant United States Attorney