```
LAW OFFICES OF THOMAS R. ASHLEY, ESQ.
50 Park Place, Suite 1400
Newark, New Jersey  07102
T(973)623-0501/F(973)623-0329
ashleylaw@traesq.com
ATTORNEYS FOR DEFENDANT LAMAR MCCULLOUGH
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
[NEWARK VICINAGE]

---------------------------------X
UNITED STATES,

    Plaintiff,

v.                                        Case No. 2:21-MJ-13226-LDW

LAMAR MCCULLOUGH,

    Defendant.
---------------------------------X

<u>CONSENT ORDER</u>

    This matter being opened to the Court by THOMAS R. ASHLEY, ESQ., on behalf of defendant LAMAR MCCOLLOUGH, and the Office of the United States Attorney for New Jersey (appearing by Assistant United States Attorney KENDALL RANDOLPH) and the New Jersey Pretrial Services Officer SHANNON HULL appearing,

    IT IS on this <u>25th</u> day of MAY, 2022,

    ORDERED that defendant's motion be, and the same is hereby GRANTED; and, it is,

    Further ordered that on THURSDAY, MAY 25, 2022, defendant shall be permitted to have Pretrial Services remove his electronic monitoring ankle bracelet for the purpose of having an MRI. Defendant shall go to the offices of Pretrial Services, prior to

going to NJIN Cedar Knolls located at 197 Ridgedale Ave, Suite 120 Cedar Knolls, NJ for his 10:45 a.m. appointment. Immediately following the completion of the MRI he must return to the offices of Pretrial Services for the electronic monitoring ankle bracelet can be placed back on his ankle.

All other and additional conditions of defendant's bail shall remain unaffected and in-place.

SO ORDERED.

                                                            /s/ Jessica S. Allen
HON. ~~MICHAEL HAMMER~~, U.S.M.J.
                                                           JESSICA S. ALLEN

I HEREBY CONSENT TO THE FORM
AND ENTRY OF THE ABOVE ORDER

/s/ Kendall Randolph
_____
A.U.S.A. KENDALL RANDOLPH

*[signature]*
_____
THOMAS R. ASHLEY, ESQ.

2